**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **HUTCHESON MEDICAL CENTER, INC.,** | ) | **CASE NO. 14-42863-pwb** |
| ———————————————— | ) | |
| **IN RE:** | ) | |
| | ) | |
| **HUTCHESON MEDICAL DIVISION, INC.,** | ) | **CASE NO. 14-42864-pwb** |
| | ) | |
| ———————————————— | ) | |

## MOTION FOR JOINT ADMINISTRATION

COME NOW, Hutcheson Medical Center, Inc., and Hutcheson Medical Division, Inc., debtors and debtors-in-possession (collectively, the "**Debtors**"), pursuant to Federal Rule of Bankruptcy Procedure 1015, and file this their Motion for Joint Administration of their Chapter 11 cases and respectfully show the Court as follows:

1.

Hutcheson Medical Center, Inc., ("**Hutcheson**") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") on November 20, 2014. Hutcheson remains in possession and control of its estate pursuant to 11 U.S.C. §§1107 and 1108.

2.

Hutcheson Medical Division, Inc., ("**HMD**") filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on November 20, 2014. HMD remains in possession and control of its estate pursuant to 11 U.S.C. §§1107 and 1108.

3.

Hutcheson and HMD  are "related" within the meaning of Federal Rule of Bankruptcy Procedure 1015(b).  Hutcheson and HMD are sister companies, and are both wholly owned subsidiaries of the non-debtor parent company Hutcheson Health Enterprises, Inc.

4.

Both cases have been assigned to the Honorable Paul W. Bonapfel.

5.

The Debtors request that their bankruptcy cases be jointly administered by the Court such that a single docket is utilized for matters relating to the administration of the estates.  The Debtors request that separate files be maintained for proofs of claim.

6.

The proposed style of the procedurally consolidated cases is as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **HUTCHESON MEDICAL CENTER, INC.,** | ) | **Jointly Administered Under** |
| **et al.,** | ) | **CASE NO. 14-42863-pwb** |
| | ) | |
| **Debtors.** | ) | |

7.

The Debtors request that all pleadings, notices, orders or other papers, other than proofs of claim, for either of the Debtors be filed in a single original and entered on a single docket, under the Case Number assigned for Hutcheson.

8.

The Debtors do not request substantive consolidation at this time.

9.

The Debtors are not aware of any administrative or scheduling orders entered in either of the cases which would require modification.

10.

The Debtors believe that creditors of the estates will not be prejudiced by joint administration of these cases, and that such administration is in the best interests of all creditors and parties in interest because it will reduce the costs of administration.

WHEREFORE, the Debtors request that for ease of administration, convenience and economy, the Court enter an order for the joint administration of these cases, and provide such other and further relief as may be just and proper.

This 20th day of November, 2014.

SCROGGINS & WILLIAMSON, P.C.

1500 Candler Building
127 Peachtree Street, NE
Atlanta, Georgia 30303
T:  (404) 893-3880
F:  (404) 893-3886
E:  rwilliamson@swlawfirm.com
      aray@swlawfirm.com

/s/  Ashley R. Ray
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
ASHLEY REYNOLDS RAY
Georgia Bar No. 601559

*Counsel for the Debtors*

3