

**IT IS ORDERED as set forth below:**

**Date: November 25, 2014**

_____

Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HUTCHESON MEDICAL CENTER, INC., | ) | CASE NO. 14-42863-pwb |
| _____ | ) | |
| IN RE: | ) | |
| | ) | |
| HUTCHESON MEDICAL DIVISION, INC., | ) ) | CASE NO. 14-42864-pwb |

## ORDER GRANTING MOTION FOR JOINT ADMINISTRATION

THIS CAUSE came before the Court at a hearing on November 24, 2014 at 11:30 a.m., on the motions of Hutcheson Medical Center, Inc. and Hutcheson Medical Division, Inc., debtors and debtors-in possession (collectively, the "**Debtors**") requesting the Court to permit joint administration of their Chapter 11 cases pursuant to Federal Rule of Bankruptcy Procedure 1015 (the "**Motion**"). Having considered the matter, the Court finds that joint handling of purely administrative matters may aid in expediting the Debtors' cases and rendering the process less

costly, which is contemplated by Bankruptcy Rule 1015. See Advisory Committee Note to Bankruptcy Rule 1015.

Accordingly, it is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. The above-captioned cases are to be jointly administered under Case No. 14-42863-pwb, with respect to administrative matters only, in accordance with the provisions of Federal Rule of Bankruptcy Procedure 1015(b).

3. The joint caption of these cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 11** |
| | ) | |
| **HUTCHESON MEDICAL CENTER, INC.,** | ) | **Jointly Administered Under** |
| **et al.,** | ) | **CASE NO. 14-42863-pwb** |
| | ) | |
| **Debtors.** | ) | |

4. All pleadings and papers filed in these cases, with the exception of proofs of claim, schedules and lists of creditors, shall be captioned as in the preceding paragraph and may be filed in a single original and entered on a single docket. Separate files shall be maintained for proofs of claim.

5. All docket entries in these cases shall be made in the case of Hutcheson Medical Center, Inc., Case No. 14-42863-pwb. The Clerk is directed to make a docket entry in Hutcheson Medical Division, Inc. (Case No. 14-42864-pwb) substantially as follows:

> An order has been entered in this case jointly administering this case with the bankruptcy case of Hutcheson Medical Center, Inc., Case No. 14-42863-pwb, for procedural purposes only. The docket in Case No. 14-42863-pwb should be consulted for all matters affecting this case.

6.   The Debtors have not requested substantive consolidation, and these cases are not being substantively consolidated at this time.

**END OF DOCUMENT**

Prepared and presented by:
SCROGGINS & WILLIAMSON, P.C.


 /s/  Ashley R. Ray
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
ASHLEY REYNOLDS RAY
Georgia Bar No. 601559
1500 Candler Building
127 Peachtree Street, NE
Atlanta, Georgia 30303
T:  (404) 893-3880
F:  (404) 893-3886
E:  rwilliamson@swlawfirm.com
     aray@swlawfirm.com

*Counsel for the Debtors*

## D<span>ISTRIBUTION</span> L<span>IST</span>

J. Robert Williamson
Ashley R. Ray
S<span>CROGGINS</span> & W<span>ILLIAMSON</span>, P.C.
1500 Candler Building
127 Peachtree Street, NE
Atlanta, GA 30303

O<span>FFICE OF THE</span> U<span>NITED</span> S<span>TATES</span> T<span>RUSTEE</span>
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303