

**IT IS ORDERED as set forth below:**

**Date: December 1, 2014**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **HUTCHESON MEDICAL CENTER, INC.,** | ) | |
| et al., | ) | **Jointly Administered Under** |
| | ) | **CASE NO. 14-42863-pwb** |
| Debtors. | ) | |

**ORDER DIRECTING APPOINTMENT OF ONE OR MORE**
**PATIENT CARE OMBUDSMEN**

Debtors commenced these cases by filing voluntary petition for relief under chapter 11 of the Bankruptcy Code on November 20, 2014 (the "Petitions"). Debtors described the nature of their businesses as providing nursing home, hospital, and patient care and on the face of their Petitions the debtors each checked the box for "Health Care Business." The Court is required under 11 U.S.C. § 333(a)(1) to order the appointment of a patient care ombudsman under these circumstances "unless the court finds that the appointment of such ombudsman is not necessary for the protection of patients under the specific facts of the case." No party having asserted that

such a finding is warranted in this case, it is hereby

ORDERED pursuant to 11 U.S.C. § 333(a)(1) and Fed. R. Bankr. P. 1021(a) and 2007.2 that the United States Trustee shall forthwith appoint one or more patient care ombudsmen to monitor the quality of patient care and represent the interests of patients/residents of debtors' nursing home, hospital, and patient care facilities.

**END OF DOCUMENT**

Prepared and presented by:

GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE
REGION 21

 /s  Martin P. Ochs
MARTIN P. OCHS
Georgia Bar No. 091608
Trial Attorney
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303
404-331-4437
martin.p.ochs@usdoj.gov


Consented to by:
SCROGGINS & WILLIAMSON

*J. Robert Williamson*
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
1500 Candler Building
127 Peachtree Street, NE
Atlanta, GA  30303
404-893-3880
rwilliamson@swlawfirm.com
Counsel for the Debtor

## DISTRIBUTION LIST

Martin P. Ochs, Esq.
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

J. Robert Williamson
Scroggins & Williamson
1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, GA 30303