## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HUTCHESON MEDICAL CENTER, INC., | ) | |
| et al., | ) | Jointly Administered Under |
| | ) | CASE NO. 14-42863-pwb |
| Debtors. | ) | |

## APPOINTMENT AND NOTICE OF APPOINTMENT OF
## COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the

following creditors to serve on the committee of creditors holding unsecured claims in the above-

captioned case:

See EXHIBIT "A" attached.

This the __2nd__ day of  December, 2014.

**EXHIBIT "A"**

McKesson Health Solutions, Inc.
Attn: Lisa R. Love
5995 Windward Parkway
Alpharetta, GA 30005
Lisa.Love@McKesson.com

EmCare, Inc.
Attn: Marc A. Bonora, Esq.
6200 South SyracusE Way – Suite 200
Greenwood Village, CO 80111
Marc.Bonora@evhc.net

Padiatrix Medical Group of Tennessee, PC
d/b/a Mednax
Attn: Dominic J. Andreano
1301 Concord Terrace
Sunrise, FL 33323
Dominic_Andreano@mednax.com
MaryAnn_Moore@mednax.com

Joseph Decosimo & Company
Attn: H. Kennedy Conner
Tallan Fonancial Center – Suite 1100
Chattanooga, TN 37402
KenConner@decosimo.com

Daniel & Yeager, Inc.
Attn:   Michael J. Williams
6767 Old Madison Pike – Suite 690
Huntsville, AL 35806
Mike_williams@dystaffing.com
Wendy_Smith-Paradis@teamhealth.com

## CERTIFICATE OF SERVICE

I certify that a true copy of the attached **Appointment and Notice of Appointment of**

**Committee of Creditors Holding Unsecured Claims** was served upon the members of the

committee as appointed and the debtor's counsel by e-mail U.S. Mail upon counsel of record for

the debtor as follows:

J. Robert Williamson
Scroggins & Williamson
1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, GA 30303
rwilliamson@swlawfirm.com

Done this the    2nd    day of December, 2014.

/s/
MARTIN P. OCHS
Trial Attorney