IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **HUTCHESON MEDICAL CENTER, INC.,** | ) | Jointly Administered Under |
| et al., | ) | CASE NO. 14-42863-pwb |
| | ) | |
| **Debtors.** | ) | |

## NOTICE OF SALE PROCEDURES AND SALE HEARING

**NOTICE IS HEREBY GIVEN** that on October 13, 2015, Ronald Glass, as duly appointed Chapter 11 Trustee (the "**Trustee**") of the bankruptcy estates of Hutcheson Medical Center, Inc. and Hutcheson Medical Division, Inc. (collectively, the "**Debtors**") filed a motion (the "**Sale Motion**")[Dkt. No. 367] with the United States Bankruptcy Court for the Northern District of Georgia (the "**Bankruptcy Court**") seeking authority to sell some or substantially all of the assets of the Debtors pursuant to certain procedures outlined in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that on November 5, 2015, the Court entered an amended order which, among other things, authorized and established certain procedures for the sale of the Debtor's assets and for interested persons and entities to make offers for those assets, scheduled an auction at which qualified bidders may make higher or better offers for those assets, authorized procedures for the assumption and assignment of certain executory contracts and unexpired leases and for establishing "cure amounts" for such contracts and leases, and approved a breakup fee that could potentially be paid a "stalking horse" bidder ("**Sale Procedures Order**") [Dkt. No. 410]. The Sale Procedures Order also established certain important deadlines in the sale process. Any person or entity that wishes to learn more about the sale process or that may wish to

1

submit an offer for some or all of the Debtors' assets should obtain a copy of the Sale Procedures Order, together with the bidding procedures attached thereto (the "**Bidding Procedures**"), and comply with the provisions and the deadlines set forth in the Sale Procedures Order and the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the proposed sale of some or substantially all of the Debtors' assets will be held before the Bankruptcy Court on the **14th day of December 2015, at 10:00 a.m.**, in Courtroom 1401, at the United States Bankruptcy Court for the Northern District of Georgia, 75 Ted Turner Drive, S.W., Atlanta, GA 30303.

**PLEASE TAKE FURTHER NOTICE** that copies of the Sale Motion, the Sale Procedures Order, the Bidding Procedures, and other important documents related to the proposed sale shall be made available as follows: (i) upon written request to the Trustee's counsel of record listed below; (ii) at the website of the Trustee's claims and noticing agent, BMC Group ("**BMC**") (**www.bmcgroup.com/hutcheson**); and/or (iii) in the office of the Clerk, U.S. Bankruptcy Court between 8:00 a.m. and 4:00 p.m. or online anytime at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

This 5th day November, 2015.

|  |  |
|---|---|
| | Respectfully submitted, |
| | SCROGGINS & WILLIAMSON, P.C. |
| 1500 Candler Building | |
| 127 Peachtree Street, NE | /s/ J. Hayden Kepner, Jr. |
| Atlanta, GA 30303 | J. ROBERT WILLIAMSON |
| T: (404) 893-3880 | Georgia Bar No. 765214 |
| F: (404) 893-3886 | J. HAYDEN KEPNER, JR. |
| E: rwilliamson@swlawfirm.com | Georgia Bar No. 416616 |
| hkepner@swlawfirm.com | |
| | *Counsel for Chapter 11 Trustee* |

2