IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HUTCHESON MEDICAL CENTER, INC., | ) | Jointly Administered Under |
| et al., | ) | CASE NO. 14-42863-pwb |
| | ) | |
| Debtors. | ) | |

**AMENDED NOTICE OF FILING (A) LETTER OF INTENT WITH PEOPLE'S CHOICE HOSPITAL, LLC FOR THE PURCHASE AND SALE OF CERTAIN ASSETS; (B) MANAGEMENT AGREEMENT WITH PEOPLE'S CHOICE HOSPITAL, LLC; AND (C) TERM SHEET FOR POSTPETITION DEBTOR-IN-POSSESSION FINANCING**

COMES NOW, Ronald L. Glass, as duly appointed Chapter 11 Trustee (the "**Trustee**") for the bankruptcy estates of Hutcheson Medical Center, Inc., ("**HMC**") and Hutcheson Medical Division, Inc., ("**HMD**") (hereinafter, collectively, the "**Debtors**"), debtors and debtors-in-possession in the above-styled jointly administered case (the "**Case**"), by and through the undersigned counsel, and files this Amended Notice of Filing (A) Letter of Intent with People's Choice Hospital, LLC for the Purchase and Sale of Certain Assets; (B) Management Agreement with People's Choice Hospital, LLC; and (C) Term Sheet for Post-Petition Debtor-in-Possession Financing (the "**Amended Notice**"). In support of the Amended Notice, the Trustee respectfully represents to the Court as follows:

**Background**

1.

On November 20, 2015 (the "**Petition Date**"), the Debtors each filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

2.

On or about December 2, 2014, an official committee of unsecured creditors (the "**Committee**") was appointed.

3.

The Court approved the appointment of the Trustee on or about September 21, 2015.

4.

On or about October 13, 2015, the Trustee filed a Motion (A) For Authority To Sell Assets Free And Clear Of Liens, Claims, And Encumbrances (B) To Assume And Assign Certain Executory Contracts, Leases And Licenses And Establish Cure Amounts In Connection Therewith; (C) To Establish Procedures With Respect To Such Sale And The Assumption And Assignment Of Executory Contracts And Leases, (D) To Consider Approval Of Breakup Fee, And (E) To Shorten And Limit Notice (the "**Sale Motion**").

5.

On or about November 5, 2015, this Court entered an order authorizing bid procedures to effectuate a sale of Debtors' real and personal property, and other assets (the "**Assets**"), as well as scheduling a hearing on the sale of Debtors' Assets for December 14, 2015, at 10:00 a.m. (the "**Sale Hearing**").

6.

On December 2, 2015, the Trustee filed his Emergency Motion and Notice of Filing of (A) Asset Purchase Agreement and Management Agreement with Prime Healthcare, and (B) Motion Authorizing Postpetition Financing; and Request for Expedited Hearing (the "**Prime Motion**").

7.

The Trustee now seeks to amend the Prime Motion to designate PCH as the purchaser of the Hospital and certain related assets, and to designate PCH as the manager pursuant to a management services agreement with the Trustee.

8.

Simultaneously herewith the Trustee is filing an Emergency Motion for Authority to (A) Enter Into Management Services Agreement with People's Choice Hospital, LLC, (B) to Incur Debt and Request for Preliminary Hearing (the "**MSA and DIP Motion**").

9.

Attached hereto as Exhibit A is a proposed Letter of Intent by and between the Trustee and PCH.

10.

Attached hereto as Exhibit B is a proposed Management Services Agreement whereby PCH will operate and manage the Hospital pending a closing on the sale of certain Hospital assets to PCH.

11.

Attached hereto as Exhibit C is a proposed DIP Financing Term Sheet.

## **Conclusion**

12.

In light of the exigent circumstances of this Case, and for the reasons set forth in the Sale Motion, the Prime Motion and the MSA and DIP Motion, the Trustee respectfully requests entry of an order (1) granting each of the aforementioned motions, (2) authorizing the Trustee to enter

into the transactions contemplated therein, and (3) granting the Trustee such other and further relief as is just and proper.

This 10th day of December, 2015.

                                    Respectfully submitted,

                                    SCROGGINS & WILLIAMSON, P.C.

| | |
|---|---|
| 1500 Candler Building | |
| 127 Peachtree Street, NE | /s/ Ashley Reynolds Ray |
| Atlanta, GA 30303 | J. ROBERT WILLIAMSON |
| T: (404) 893-3880 | Georgia Bar No. 765214 |
| F: (404) 893-3886 | ASHLEY REYNOLDS RAY |
| E: rwilliamson@swlawfirm.com | Georgia Bar No. 601559 |
|    aray@swlawfirm.com | J. HAYDEN KEPNER, JR. |
|    hkepner@swlawfirm.com | Georgia Bar No. 416616 |

*Special Counsel for Chapter 11 Trustee*