**EXHIBIT A**

December __, 2015

**VIA ELECTRONIC MAIL**
Mr. Ron Glass
Chapter 11 Trustee of
Hutcheson Medical Center, Inc.
100 Gross Crescent Circle
Fort Oglethorpe, GA 30742-3669
rglass@glassratner.com

**Re:    Proposal to Purchase the Hospital Assets of Hutcheson Medical Center, Inc.
         (the "Hospital")**

Dear Mr. Glass:

      People's Choice Hospital, LLC or one of its affiliates ("PCH") hereby offers to purchase substantially all of the real and personal assets used or held for use in connection with the ownership and operation of the hospital business of Hutcheson Medical Center, Inc. (the "*Business*") pursuant to a sale under sections 363 and 365 of the Bankruptcy Code (11 U.S.C. §§ 101 et seq.).  PCH's goal in acquiring the Business is to keep the Hospital open and serving the residents of Fort Oglethorpe and the surrounding community for years to come.

      For its binding Letter of Intent, PCH hereby makes the following offer:

**Buyer:**           PCH or its designee (the "Buyer").

**Seller:**          Hutcheson Medical Center, Inc. ("HMC" or the "Seller").

**Purchase Price:**    $4,000,000 in total consideration (the "Purchase Price"); payable as follows: $3.0 million cash at Closing and $1.0 million note which shall be secured by a subordinated lien on the Assets being sold and transferred.  Buyer will not assume any liabilities except any amounts that may be owed to (i) LifeBrite Management Inc. with respect to that certain debtor in possession facility by and between LifeBrite and Seller and (ii) PCH pursuant to that certain consulting agreement by and between Seller and PCH dated as of December __, 2015, which amounts shall not reduce the Purchase Price.  Upon execution of the APA (defined below), Buyer will put up a good faith deposit in the amount of $400,000 to be applied to the Purchase Price at Closing.

**Financing**:

The note shall bear interest at a rate of prime plus 3% and be payable monthly, with a maturity date to be determined, but in no event later than 12 months after the closing date and contain such other terms and provisions as agreed to by Ron Glass, as trustee (the "Trustee") for the Seller and the Buyer.

**Property Subject to Purchase:**

Buyer will purchase substantially all of the assets of the Business, including, without limitation, receivables arising after December 6, 2015 (which shall include all "periodic interim payments" received on or after December 6, 2015 and all "disproportionate share hospital" payments received on or after December 6, 2015 (except the first such payment)), inventory, furniture, fixtures and equipment, intangible property, including the tradename "Hutcheson Medical Center, Inc." and any other real and personal property used or held for use or related to the Business (collectively, the "Assets"), but excluding any assets identified in the APA as "Excluded Assets". The real property Assets shall include (i) the 44 acres of land, (ii) 7 Duplex Houses with a 21 year lease ($1 per Duplex) and (iii) the building directly across from the Hospital, all of which shall be more specifically described in the Asset Purchase Agreement.

Buyer shall have the right to use the Hospital's Medicare and Medicaid provider numbers until it can obtain its own provider numbers and Seller shall assign its operating license to Buyer.

**Excluded Assets:**

The following assets of Seller shall be excluded from the sale ("Excluded Assets"): All cash on hand, deposits and cash equivalents; causes of action of any type; assets used by and related primarily to the Parkside at Hutcheson skilled nursing facility (the "SNF"); and any of Seller's other assets not related to the operation of the Hospital. Further, Buyer agrees not to object to certificates of need related to the Cancer Center and the Out-Patient Surgery Center and agrees that it shall not object to the sale of the Parkway land. Additionally, Buyer agrees to enter into a lease or kitchen usage agreement for a term of no less than one year following the closing, in form reasonably satisfactory to counsel for Buyer, permitting any purchaser of the SNF to use the kitchen facilities at the hospital to provide food service to the residents of the SNF.

**Executory Contracts:**

In connection with the negotiation and execution of the Asset Purchase Agreement (as defined below), Buyer will identify and

assume certain executory contracts and unexpired leases related to the Business (collectively, the "Identified Contracts"). Buyer will pay all cure amounts related to such Identified Contracts. The assumption process will include the right for Buyer to designate contracts to be assumed and assigned to Buyer during an agreed upon period after the 363 Sale Order is entered.

**Asset Purchase Agreements:**

The acquisition of the Business will be pursuant to a private sale (and not subject to a higher under sections 363(b) and (f) and 365 of the Bankruptcy Code (the "363 Sale") as provided in (i) an asset purchase agreement to be executed between Buyer and PCH (the "Asset Purchase Agreement" or "APA") on or before _____ and an order of United States Bankruptcy Court for the Northern District of Georgia (the "Bankruptcy Court") approving the 363 Sale and the Asset Purchase Agreement (the "363 Sale Order") entered on or before _____. The Seller, after review and approval by Buyer, will file with the Bankruptcy Court a motion seeking approval of the 363 Sale contemplated by this Letter of Intent (the "363 Sale Motions"). The Assets will be sold free and clear of all liens, encumbrances, liabilities and interests and the undersigned parties agree to the sale of the Assets pursuant to the terms of this letter of intent and agree that they will not, directly indirectly, object or oppose in any the 363 Sale.

The Asset Purchase Agreement will be consistent with this Letter of Intent and will include such other terms and conditions as are customary in transactions of this type, including, without limitation, representations and warranties, among other things, as to the accuracy of all information provided to Buyer, no material adverse change, title to assets, corporate existence, power and authority, subsidiaries, compliance with laws and regulations (including environmental laws), stability of labor relations, absence of material litigation, and accuracy of financial statements and information. .

**Copies of Third Party Reports, Leases, Etc.**:

Upon execution of this Letter of Intent, Seller shall forward to Buyer a copy, if available, of the most recent title policy commitment or report concerning the real property assets.

**Right to Assign**:

Buyer may assign this Letter of Intent and the APA to one or more affiliate entities, provided that Buyer guarantees to Seller any of the affiliate entity's obligations under the APA.

**Prorations**:      Real Estate Taxes shall be prorated on an accrual basis regardless of the assessment year for which the taxes apply.

**Closing**:      The closing (the "Closing") of the 363 Sale will not occur until the later of (i) the 363 Sale Order approving the 363 Sale shall have been entered by the Bankruptcy Court and, unless waived by Buyer, shall have become a final order and shall not have been modified or supplemented without Buyer's prior consent or (ii) July 31, 2016. The 363 Sale Order shall contain findings of fact and conclusions of law, among other things, that Buyer is a good faith purchaser entitled to the protections of Section 363(m) of the Bankruptcy Code.

        This Letter of Intent shall terminate and its terms will become void if it is not (a) submitted to the Bankruptcy Court on or before December __, 2015.

Sincerely,

**BUYER:**

**People's Choice Hospital, LLC**

**DRAFT**

_____
By:  Seth Guterman MD
Its:  President

**SELLER:**

**Hutcheson Medical Center, Inc.**

Accepted by:  _____
         By:  Ron Glass
         Chapter 11 Trustee

**AGREED TO:**

**Regions Bank**                    **Erlanger Health System**

_____        _____
By: _____        By: _____

Its: _____                    Its: _____

**Official Committee of Unsecured**            **Office of the United States Trustee**
**Committee**


_____                          _____
By: _____                      By: _____
Its: _____                     Its: _____